No. 91–279.  CAPLETTE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–289.  BURRELL INDUSTRIES, INC. v. CONTRACTORS SUPPLY CORP.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 91–290.  24TH STREET PARTNERS v. UNITED STATES. C. A. Fed. Cir.  Certiorari denied.

No. 91–297.  SHAKUR, AKA TYLER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–305.  WEICHERT v. ROBERTS.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 91–309.  STRAND v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–322.  COON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–326.  HAMRICK ET AL. v. FRANKLIN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–330.  CARDERIN v. PUNG, COMMISSIONER OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 91–331.  ZAMAN v. SOUTH CAROLINA BOARD OF MEDICAL EXAMINERS.  Sup. Ct. S. C.  Certiorari denied.

No. 91–332.  SAUCEDO-MESA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–336.  SCOTT v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–343.  ELLIS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–350.  DOE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–351.  MITHUN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.